ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- | ) |
| | ) |
| Alenia North America, Inc. | )  ASBCA No. 57935 |
| | ) |
| Under Contract No. FA8504-08-C-0007 | ) |

APPEARANCES FOR THE APPELLANT: Louis D. Victorino, Esq.
Keith R. Szeliga, Esq.
  Sheppard Mullin Richter & Hampton LLP
  Washington, DC

APPEARANCES FOR THE GOVERNMENT: Lt Col James H. Kennedy III, USAF
  Air Force Chief Trial Attorney
Christine C. Piper, Esq.
Jeffrey P. Hildebrant, Esq.
Skye Mathieson, Esq.
  Trial Attorneys

ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 4 December 2014

ELIZABETH W. NEWSOM
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 57935, Appeal of Alenia North America, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals